Edwin C. Morsch, Respondent, v. Morris S. Schoenbaum, Appellant, and Another, Respondent.— Motion denied on condition that appellant perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Julius Moskin, Respondent, v. Frederick F. Lyden and Others, Defendants, Impleaded with William A. Paine and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Margaret O'Hanlon, Respondent, v. Carlhoff Realty Company, Inc., Appellant.— Motion to dismiss appeal denied on condition that appellant pay to the respondent ten dollars costs within ten days, perfect the appeal, place the cause on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Rose M. Palmer and Lillian Palmer, Appellants, v. Rotary Realty Company, Inc., and Others, Respondents.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Frederick C. Sturmer, Respondent, v. Samuel S. Jones, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Motion for extension of time to file complete record denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Susquehanna Steamship Company, Inc., Respondent, v. A. O. Andersen & Company, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Town of Mamaroneck and Another, Appellants, v. Village of Mamaroneck and Others, Appellants. New York Interurban Water Company and Others, Respondents.— Motion for reference to ascertain damages denied, without costs, without prejudice of renewal after the decision of the Court of Appeals. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Town of Mamaroneck and Another, Appellants, v. Village of Mamaroneck and Others, Appellants. New York Interurban Water Company and Others, Respondents.— Motion for reference to ascertain damages denied, without costs, without prejudice to renewal after the decision of the Court of Appeals. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

James Walker, Respondent, v. P. Trainor Company, Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

Amber Realty Company, Appellant, v. Sol J. Ellerin and Abraham Ellerin, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Ernest T. Baldwin, an Infant, under the Age of Fourteen Years, by Hannah Baldwin, His Guardian ad Litem, Appellant, v. Frederick P. Hamilton, as President of the Suburban Fire Insurance Exchange, a Voluntary Association, Respondent. (Action No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think that under the circumstances of this case, there being no proof that plaintiff is vexatiously pur-

suing the defendant with unnecessary litigation, the order was not justified. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

HANNAH BALDWIN, Appellant, v. FREDERICK P. HAMILTON, as President of the SUBURBAN FIRE INSURANCE EXCHANGE, a Voluntary Association, Respondent. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think that under the circumstances of this case, there being no proof that plaintiff is vexatiously pursuing the defendant with unnecessary litigation, the order was not justified. Blackmar, P. J., Jaycox, Manning, Kelby and. Young, JJ., concur.

JOHN BRIGHT, Respondent, v. THOMAS PENDELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of ROBINA MERSEREAU for Leave to Sell Real Property. WILLIAM KATZ, Purchaser, Appellant; ROBINA MERSEREAU and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of MARY E. SHERWOOD, Respondent, for Leave to Commence and Maintain an Action to Recover a Mortgage Debt against ROBERT M. FULTON, Appellant.— Order granting leave to sue on the bond affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

RICHARD J. KEEFFE, Respondent, v. FRED L. BROWN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning and Kelby, JJ., concur.

NEW YORK MARKET GARDENERS ASSOCIATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK MARKET GARDENERS ASSOCIATION, Appellant, v. CHARLES L. CRAIG, Comptroller of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for a peremptory writ of mandamus granted, with fifty dollars costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur. Settle order on notice before Mr. Justice Manning.

CARRIE TORRES, an Infant, by JUSTO TORRES, Her Guardian ad Litem, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

JUSTO TORRES, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

HELENE FINN WILLIAMS, Respondent, v. GOTHAM TISSUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

WILLIAMSBURG CHEMICAL COMPANY, INCORPORATED, Respondent, v. MARVIN BRIGGS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

FRANK L. KENNY and Another, Appellants, v. THE DEPARTMENT OF HEALTH